FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 1 2006 ★

P.M. \_\_\_\_\_
TIME A.M. \_\_\_\_\_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the October 1, 2005
TARVER/JONES II Program,

                          Plaintiff,              06 CV 0249 (SJ)

    - against -                                  **ORDER**

HENRY VEGA, Individually and as officer, director,
shareholder and/or principal of HIDDEN DIMENSIONS,
UNISEX, INC. d/b/a/ FASHION BARBER SHOP a/k/a
HIDDEN DIMENSION UNISEX a/k/a HIDDEN
DIMENSIONS UNISEX, and HIDDEN DIMENSIONS
UNISEX, INC. d/b/a FASHION BARBER SHOP a/k/a
HIDDEN DIMENSION UNISEX a/k/a HIDDEN
DIMENSIONS UNISEX,

                          Defendants.
----------------------------------------------------------------X

APPEARANCES:

LONSTEIN LAW OFFICE, P.C.

1 Terrace Hill, Box 351

Ellenville, NY 12428

By:    Julie Cohen Lonstein, Esq.

Attorney for Plaintiff

JOHNSON, Senior District Judge:

      Before the Court is a Report and Recommendation ("the Report"), prepared by

1

Magistrate Judge Ramon E. Reyes, Jr.[1] in response to an order of this Court dated May 12, 2006.[2] Judge Reyes filed the Report on June 21, 2006, and provided the parties 10 days upon receipt of the Report to file any objections. No objections have been filed.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation. any party may file written objections to the magistrate's report. Id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. Id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985).

As mentioned, no objections were filed within the allotted time period. Thus, upon review, the Court adopts and affirms the Report and Recommendation in its entirety. Default judgment shall be entered against the defendants Henry Vega, individually and as officer, director, shareholder and/or principal of Hidden Dimensions Unisex, Inc. d/b/a/ Fashion Barber Shop a/k/a Hidden Dimension Unisex

---

[1] The Court thanks Judge Reyes for his work in this regard.

[2] Familiarity with the facts and procedural posture of the case are presumed.

2

a/k/a Hidden Dimensions Unisex, and Hidden Dimensions Unisex, Inc. d/b/a Fashion Barber Shop a/k/a Hidden Dimension Unisex a/k/a Hidden Dimensions Unisex, in the amount of $7,325, comprised of $3,200 and $2,500 in statutory and enhanced damages, respectively, and $1,625 in attorney's fees and costs. The Clerk of the Court is directed to close the case.

SO ORDERED.
Dated: July 14, 2006
    Brooklyn, NY

s/SJ
_____
Senior U.S.D.J.

P-049